# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Gabriella Paulino         Docket No. 5:13-MJ-1695-1

## Petition for Action on Probation

  COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment of Gabriella Paulino, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 4), was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on April 8, 2014, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 48 hours of community service during the first 60 days of Probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall surrender North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

  **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 8, 2014, the defendant was charged in Cumberland County, NC, with the offense of Driving While License Revoked (14CR715791). The defendant reports that she was driving to work when she was stopped by the police. The defendant has been verbally reprimanded and reminded not to drive unless properly licensed. As a sanction for this conduct, we are recommending that the defendant be required to perform an additional 16 hours of community service work.

  The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**Gabriella Paulino**
**Docket No. 5:13-MJ-1695-1**
**Petition For Action**
**Page 2**

   **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

  The defendant shall perform 16 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

  Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: September 16, 2014 |

### ORDER OF COURT

Considered and ordered this  16th  day of    September    , 2014, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge